UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

FILED
JUN 24 2010
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

In re: LARRY T. HEAL, JR.; KANDY K. HEAL

Debtors

BAP No. NC-09-1402-MkHDu

---

PATRICK BULMER

Appellant

v.

LARRY T. HEAL, JR.; KANDY K. HEAL

Appellees

Bankr. No. 09-13026
Chapter 13

June 22, 2010

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Northern - Santa Rosa.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is **Vacated and Remanded**.

FOR THE PANEL,

Susan M Spraul
Clerk of Court
By: Freddie Brown, Deputy Clerk